

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DEVORIS NEWSON, | § | No. 08-24-00061-CR |
| Appellant, | § | Appeal from the |
| v. | § | 120th Judicial District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC#20110D01149) |

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of jurisdiction. Because there is no appealable order, we dismiss the appeal for want of jurisdiction.

Appellate court jurisdiction is authorized by statute. *See Galitz v. State*, 617 S.W.2d 949, 951 (Tex. Crim. App. 1981) (en banc). In the absence of an authorizing statute, appellate courts are without jurisdiction to consider an appeal. In criminal cases, the Texas Legislature has authorized appeals from final, written judgments and certain interlocutory orders. *See Gutierrez v. State*, 307 S.W. 3d 318, 321 (Tex. Crim. App. 2010). Appellant's pro se notice of appeal does not specify the order he is attempting to appeal, and it includes as an exhibit a notice

from the 120th District Court of El Paso County stating that trial court cause No. 20110D01149 has been dismissed and is no longer pending in the district court.[1]

On March 13, 2023, the clerk of this Court sent Appellant a letter notifying him that it appeared there was no appealable order at issue in this case. The letter gave notice of our intent to dismiss the appeal for want of jurisdiction after ten days from the date of the letter unless grounds were shown to continue the appeal. This Court received Appellant's response on March 20, 2024. His response did not identify an appealable order but instead explains what seems to be a complaint regarding his conditions of confinement, which would be raised in the courts through a different procedural vehicle. Accordingly, we dismiss this appeal for want of jurisdiction.


LISA J. SOTO, Justice

April 12, 2024

Before Alley, C.J., Palafox and Soto, JJ.

---

[1] This is Appellant's third attempt to appeal from cause No. 20110D01149. *Newson v. State*, No. 08-23-00259-CR, 2023 WL 6814142, at *1 (Tex. App.—El Paso Oct. 16, 2023, no pet.) (mem. op.); *Newson v. State*, No. 08-23-00213-CR, 2023 WL 5420248, at *1 (Tex. App.—El Paso Aug. 22, 2023, no pet.) (mem. op).